IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00682-CMA-MJW

CHARLES L. JUDD,

Plaintiff(s),

v.

INTERNAL REVENUE SERVICE,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that the plaintiff's Request for Court Information (Docket No. 24) is granted to the extent that plaintiff is advised that the pending dispositive motions are (1) United States' Motion to Dismiss (Docket No. 5) and (2) plaintiff's Motion for Judgment on the Pleadings (Docket No. 13), for which recommendations will be issued in due course based upon the papers submitted.

Date: December 29, 2011